UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| VICKY," "JANE DOE, as next friend for "SKYLAR," and "SAVANNAH", minors, "JOHN DOE, as next friend for "SALLY," and "SIERRA", minors, WILLIAM L. E. DUSSAULT as Guardian Ad Litem for "VIOLET," minor, JANE ROE as next friend for "PIA," minor, "ALICE," and "SARAH"<br><br>Plaintiffs,<br><br>v.<br><br>PAUL HOWARD STACKER,<br><br>Defendant. | CIV. NO. 6:17-CV- 00776-AA<br><br>DECLARATION OF JANE ROE IN SUPPORT OF MOTION TO APPOINT GUARDIAN AD LITEM |

Jane Roe hereby declares the following to be true and correct under penalty of perjury and the laws of the State of Oregon:

1. I am the legal custodian of the Plaintiff "Pia" of the Sweet Sugar series of child pornography. I make this Declaration in support of Pia's motion to appoint a guardian at litem this matter.

*DECLARATION IN SUPPORT OF MOTION TO APPOINT SETTLEMENT GUARDIAN AD LITEM*

*- Page 1 of 2*

Deborah A. Bianco P.S.
14535 Bel-Red Road #201
Bellevue, WA 98007
Phone: 425-747-4500
Facximile: 425-747-8400
Email: deb@debbiancolaw.com

2. Pia was sexually abused as a toddler. Her abuser was convicted and is incarcerated.

3. Images of Pia's sexual abuse are circulated on the internet.

4. I understand that there are criminal prosecutions around the U.S. and including the Defendant Paul Howard Stacker, who has admitted that he received, and possessed images of Pia's abuse, among the thousands of abuse images he has acknowledged possessing.

5. I have engaged the services of Carol L. Hepburn and Deborah A. Bianco to assist in pursing criminal restitution on behalf of "Pia."

6. I understand that the court requires the appointment of a "Guardian Ad Litem" to represent the best interests of minors, such as Pia, with regard to resolution of these matters. I agree to the appointment of Brooks Cooper and I ask that the court appoint him to serve as Pia's Guardian Ad Litem in this matter.

7. I also ask that Carol L. Hepburn and Deborah A. Bianco continue to appear as counsel for Pia in this matter.

DATED this 27th day of June, 2017, at _Surrey_, British Columbia, Canada.

_____
Pia's Legal Guardian
Appearing as Jane Roe in this matter

*DECLARATION IN SUPPORT OF MOTION TO APPOINT SETTLEMENT GUARDIAN AD LITEM*

- Page 2 of 2

Deborah A. Bianco P.S.
14535 Bel-Red Road #201
Bellevue, WA 98007
Phone: 425-747-4500
Facsimile: 425-747-8400
Email: deb@debbiancolaw.com

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on:

Kevin M. Sali, Esq.
Kevin Sali LLC
1500 S.W. First Avenue, Suite 1020
Portland, OR  97201
Email: Kevin@salilaw.com
Counsel for defendant Paul Stacker

by the following indicated method or methods:

Via electronic means through the CM/ECF system for the U.S. District Court, District of Oregon.

DATED this 30th day of June, 2017.

                                          *s/ J. William Savage*
                                          J. William Savage, OSB 773347
                                          Of Attorneys for Plaintiffs