**KEVIN M. SALI**, OSB. No. 044065
kevin@salilaw.com
Kevin Sali LLC
1500 S.W. First Ave., Suite 1020
Portland, OR 97201
Telephone: (971) 407-3370
Facsimile: (503) 765-5377

Attorneys for Defendant Paul Stacker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| VICKY, et al., | Case No. 6:17-CV-00776-AA |
| Plaintiffs, | |
| vs. | JOINT MOTION FOR ORDER APPROVING SETTLEMENT |
| PAUL HOWARD STACKER, | |
| Defendant. | |

**MOTION**

Because certain parties to the above-captioned case are minors appearing through next friends and/or other persons acting in representative or similar capacities, the parties jointly move this Court for an order approving the settlement reached as a result of the mediation held before the Hon. Thomas M. Coffin on July 5, 2017. The parties respectfully request that said order reflect the Court's findings and conclusions that, upon consideration of the relevant facts and circumstances, the settlement agreement is fair and reasonable to all parties, including but not limited to minors and those participating on behalf of minors.

PAGE 1 –     JOINT MOTION FOR ORDER APPROVING SETTLEMENT

Pursuant to LR 11-1(d), undersigned counsel represents that all other parties to this action consent and stipulate, through their counsel, to this joint motion.

DATED: July 19, 2017

                            KEVIN SALI LLC

By:        s/Kevin Sali
            KEVIN SALI, OSB No. 044065
            kevin@salilaw.com
            Tel.: (971) 407-3371
            Fax: (503) 765-5377
            Attorneys for Defendant Paul Stacker