**KEVIN M. SALI**, OSB. No. 044065
kevin@salilaw.com
Kevin Sali LLC
1500 S.W. First Ave., Suite 1020
Portland, OR 97201
Telephone: (971) 407-3370
Facsimile: (503) 765-5377

Attorneys for Defendant Paul Stacker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| VICKY, et al., | Case No. 6:17-CV-00776-AA |
| Plaintiffs, | ORDER APPROVING SETTLEMENT |
| vs. | |
| PAUL HOWARD STACKER, | |
| Defendant. | |

The parties have moved this Court for an order approving the settlement reached as a result of the mediation held before the undersigned on July 5, 2017. This Court has reviewed the written settlement submissions of all parties, has discussed the underlying litigation extensively with counsel for all parties, and understands the terms of the settlement.

Based on the foregoing, this Court finds and concludes that, upon consideration of the relevant facts and circumstances, the settlement agreement is fair and reasonable to all parties, including but not limited to minors and those participating on behalf of minors. It is hereby ORDERED that the settlement reached between the parties is APPROVED.

DATED: July 19, 2017

THE HONORABLE THOMAS M. COFFIN
UNITED STATES MAGISTRATE JUDGE

Presented by:

KEVIN SALI LLC

By: s/Kevin M. Sali
Kevin M. Sali, OSB No. 044065
Attorney for Defendant Paul Stacker